Doc # 2005038851  
Book 8724   Page 0321

PREPARED BY  
SECURITY CONNECTIONS  
WHEN RECORDED MAIL TO:  
SECURITY CONNECTIONS  
1935 INTERNATIONAL WAY  
ATTN ASSIGNMENT TRACKING  
IDAHO FALLS, ID 83402

MAINE

COUNTY OF KENNEBEC  
Loan No.

Pool No.

Assignment-Interv.-Recorded

# ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, **FIRST FRANKLIN, A DIVISION OF NATIONAL CITY BANK OF INDIANA**,

located at **2150 NORTH FIRST STREET, SUITE 100, SAN JOSE, CA 95131** does hereby grant, assign, transfer and set over unto **FIRST FRANKLIN FINANCIAL CORPORATION**

located at **2150 NORTH FIRST STREET, SUITE 100, SAN JOSE, CA 95131** its successors and assigns a certain Deed of Trust dated **AUGUST 11, 2005** executed by **ALBERT LANGUET AND WENDY LANGUET**

as Grantor(s), to _____ as Grantee, and recorded in Book **8552** Page **220** Instrument No. _____ of the Deeds of Trust records in the office of the Register of Deeds in the County of **KENNEBEC**, State of Maine.

Loan No.

(NMRI.ME)  
C=s.1186.0041  
P=S.002.12773.36

Page 1 of 2

J=ff8010105ai.s.97544

EXHIBIT D

' Loan No. '

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue to said DEED OF TRUST.

DATED: **SEPTEMBER 30, 2005**, but effective _____.

Received Kennebec SS.
12/12/2005  8:44AM
# Pages 2 Attest:
BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS

FIRST FRANKLIN, A DIVISION OF NATIONAL CITY BANK OF INDIANA

Witness, **MIRANDA WOHLSCHLEGEL**        **M. L. MARCUM**
                                        **VICE PRESIDENT**

Witness, **KRYSTAL _____**              **ANGIE SCOTT**
                                        **SECRETARY**

STATE OF **IDAHO**         )
                           ) ss
COUNTY OF **BONNEVILLE**   )

On **SEPTEMBER 30, 2005**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **M. L. MARCUM** known to me to be the person who executed the within instrument as the **VICE PRESIDENT**, and **ANGIE SCOTT** known to me to be the person who executed the within instrument as the **SECRETARY** of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.
WITNESS my hand and official seal.

**JOAN COOK** (COMMISSION EXP. 02-16-07)
NOTARY PUBLIC

JOAN COOK
NOTARY PUBLIC
STATE OF IDAHO

(NMRI.ME.2)                Page 2 of 2
C=s.1186.0041
P=S.002.12773.36           J=ff8010105ai.s.97544