Doc # 2013005232
Book 11322 Page 0019

Received Kennebec SS.
03/06/2013 11:28AM
# Pages 1 Attest:
BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS

Record and Return to:
Doonan, Graves & Longoria
Attn: Katie Barber
100 Cummings Center, 225D
Beverly, Massachusetts 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **First Franklin Financial Corporation** whose address is 2150 North First Street, Suite 100, San Jose, CA 95131 ("ASSIGNOR"), hereby sells, assigns, and transfers to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF11, MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2005-FF11**, whose address is 1761 E. St. Andrew Place, Santa Ana, CA, 92705 ("ASSIGNEE"), the Assignor's interest in a certain note and mortgage made by **Albert H. Languet a/k/a Albert H. Languet III and Wendy Languet** has been given to secure payment of the sum of $134,800.00 and interest, dated August 11, 2005, in **Kennebec Registry of Deeds** in **Book 8552, Page 220**, describing land therein as:

**161 Chandler Road, Belgrade, Maine 04917**

First Franklin Financial Corporation, Assignor

Dated: January 11, 2013

By: Patricea Chentrel Vaughn
Its: Assistant Vice President (AVP)

### ACKNOWLEDGMENT

State of Texas )
County of Dallas ) ss.

On the 11 day of January in the year 2013 before me, Quan Nguyen, Notary Public (name and title of the officer), personally appeared Patricea Chentrel Vaughn, AVP, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____ (Seal)

QUAN NGUYEN

QUAN NGUYEN
Notary Public, State of Texas
My Commission Expires
September 11, 2013



EXHIBIT E