# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF11, Mortgage Pass-Through Certificates, Series 2005-FF11<br><br>      Plaintiff<br><br>      vs.<br><br>Wendy Languet<br><br>      Defendant<br><br>Richard Corbett<br>Hammond Lumber Company<br><br>      Party-In-Interest | CIVIL ACTION NO: 1:24-cv-00386-JAW<br><br><br><br>RE:<br>161 Chandler Road, Belgrade, ME 04917<br><br>Mortgage:<br>August 11, 2005<br>Book 8552, Page 0220 |

## ANSWER

CIVIL ACTION NO:1:24-cv-00386-JAW

## ANSWER

**Defendant Wendy Beavis answers the Plaintiff's Complaint as follows:**

1-4    Defendant admits and agrees with paragraph's 1-4 of Plaintiff's Complaint.

5.    Defendant's name is Wendy Beavis, taking my maiden name after divorce from my Ex-husband in May of 2022.  Defendant did not live in subject property since earlier in 2022.

6-7.    Defendant has insufficient information of knowledge to admit or deny paragraphs 6-7 of Plaintiff's Complaint.

8.    Defendant admits paragraph 8 of Plaintiff's Complaint.

9-13.    Defendant has insufficient information or knowledge to admit or deny paragraphs 9-13 of Plaintiff's Complaint.

14-16.    Defendant denies paragraphs 14-16 of Plaintiff's Complaint.

17-18.    Defendant has insufficient information or knowledge to admit or deny paragraphs 17-18 of Plaintiff's Complaint.

19.    Defendant denies paragraph 19 of Plaintiff's Complaint.

20-21.    Defendant has insufficient information or knowledge to admit or deny paragraphs 20-21 of Plaintiff's Complaint.

22-24.    Defendant denies paragraphs 22-24 of Plaintiff's Complaint.

25-27.    Defendant has insufficient information or knowledge to admit or deny paragraphs 25-27 of Plaintiff's Complaint.

28.    Defendant denies paragraph 28 of Plaintiff's Complaint.

29.    Defendant has insufficient information or knowledge to admit or deny paragraph 29 of Plaintiff's Complaint.

30.    Defendant denies paragraph 30 of Plaintiff's Complaint.

31. Defendant has insufficient information or knowledge to admit or deny paragraph 31 of Plaintiff's Complaint.

32-33. Defendant denies paragraphs 32-33 of Plaintiff's Complaint

34. Defendant admits and agrees with Paragraph 34 of Plaintiff's Complaint.

35. Defendant has insufficient information or knowledge to admit or deny paragraph 35 of Plaintiff's Complaint.

## DEFENSES

Without waiving the right to raise additional defenses, Defendant asserts the following defenses to the Complaint;

1) Plaintiff failed to provide sufficient notice and service of process. Defendant never received or saw the Right to Cure Notice from Plaintiff or their representative. Defendant changed her name in 2022, returning to her maiden name Wendy Beavis after divorce from her ex-husband Albert H. Languet. Defendant did not live at the subject house, and ex husband re-married later in 2022. Mr. Languet had been making payments regularly for many years, and the status of the loan was not discussed after the divorce, until just prior to his death.

2) Plaintiff has filed a Request for Mediation under the State of Maine's Foreclosure Diversion Program.

3) Plaintiff or its representatives refused to discuss payment arrangements with Defendant, who in July/August of 2024 called Plaintiff on more than one occasion to develop a payment plan. Such payment plan would have avoided default. At all times, Defendant was able to make payments but never received pertinent information from the Plaintiff, or their representatives, or her ex husband, who passed away 8/22/2-2024. According to Complaint, payments began to be late in May of 2024, and Mr. Languet passed three months later.

# CLOSING

I agree to provide the Clerk's Office with any changes to my address where case-related papers mayt be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in missing important Court notices and deadlines in my case, which could lead to a judgment against me.

Date of Signing: _February 18_, 2025

Signature of Defendant  _W. Beavis_

Printed Name of Defendant  _Wendy Beavis_

Address:  _161 Chandler Rd._
_Belgrade, Me. 04917_

Phone  _207·707·0877_

E-mail  _wendybeavis1971@gmail.com_