**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF11, Mortgage Pass-Through Certificates, Series 2005-FF11 | CIVIL ACTION NO: 1:24-cv-00386-JAW |
| **Plaintiff** | **MOTION TO REMOVE STAY** |
| **vs.** | **RE:** 161 Chandler Road, Belgrade, ME 04917 |
| Wendy Languet | Mortgage: August 11, 2005 Book 8552, Page 0220 |
| **Defendant** Richard Corbett Hammond Lumber Company | |
| **Party-In-Interest** | |

**NOW COMES** the Plaintiff, Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF11, Mortgage Pass-Through Certificates, Series 2005-FF11, by and through undersigned counsel, and hereby respectfully requests that this Honorable Court remove the Stay on this matter. As grounds therefore, Plaintiff reports that on January 13, 2026, a final mediation session was held in the Maine District Court in Augusta, Maine. The mediator issued a final report indicating that the case was unresolved and stating: "Return to Docket, Scheduling Order to issue."

**WHEREFORE**, based on the foregoing, the Plaintiff requests that this Honorable Court remove the Stay on this matter.

DATED: February 25, 2026

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 25th day of February, 2026 I served a

copy of the above document by electronic notification using the CM/ECF system and/or First

Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Wendy Beavis (fka Languet)
c/o Mark L. Walker, Esq.
115 Water Street
Hallowell, ME 04349

Hammond Lumber Company
2 Hammond Drive
Belgrade, ME 04917

Richard Corbett Steven Edgecomb as Personal Representative for the Estate of Richard Corbett
223 Winthrop Street
Hallowell , ME 04347