AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF11, Mortgage Pass-Through Certificates, Series 2005-FF11 <br><br> *Plaintiff(s)* <br><br> v. <br><br> Wendy Languet <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:24-cv-00386-JAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wendy Languet
161 Chandler Road
Belgrade, ME 04917

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Reneau J. Longoria, Esq.
> Doonan, Graves & Longoria, LLC
> 100 Cummings Center, Suite 225 D
> Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/14/2024

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00386-JAW

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) *Wendy Languet*

was received by me on (date) *3-19-26*.

☒ I personally served the summons on the individual at (place) *161 CHANDLER RD BELGRADE ME 04917*   on (date) *4-17-26*   ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____

on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: *4-18-26*

_____
Server's signature

KEVIN J. SURETTE
Printed name and title

P.O. BOX 57, LITCHFIELD, MAINE 04350
WE SERVE MAINE
Server's address

Additional information regarding attempted service, etc:

*Wendy confirmed her FD and accepted papers —*
*- she asked why these did not go to attorney —*
*Service Made 5:36 PM*
*Wendy - W F 5' 130 Blonde 40*

Print   Save As...   Reset